**Manuel LOSADA, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,**
Respondent.

No. 2012–3020.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2011.

A. Bondurant Eley, Department of Justice, Washington, DC, for Respondent.

Manuel Losada, Avon Park, FL, for Petitioner.

#### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.